Felix Jellenik (Nathan D. Stern, of counsel), for appellant.

Benjamin Veit (Alfred Ely and Sol. M. Stroock, of counsel), for respondent.

*Per Curiam.* The judgment and order appealed from are affirmed, with costs, on the opinion of the General Term of the City Court.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Judgment and order affirmed, with costs.

---

WILLIAM F. BLANK et al., Appellants, *v.* HENRY SPIES, Respondent.

APPEAL from an order of the General Term of the City Court of the city of New York, modifying an order of the Special Term of said court, denying plaintiffs' motion for a new taxation of costs.

Abram Kling, for appellants.

Malcolm R. Lawrence, for respondent.

Order affirmed, with ten dollars' costs and disbursements.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Order affirmed, with costs.